## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CAMELION BATTERY CO., LTD., *Plaintiff*, v. BERTRAND LAW OFFICE P.C., and LOUIS BERTRAND, individually, *Defendants.* | Case No. **19-cv-8097** Magistrate Judge Gilbert |

### AGREED MOTION FOR ENTRY OF JUDGMENT

Plaintiff Camelion Battery Company, Ltd., by undersigned counsel, moves the Court for entry of judgment in the form attached to this motion. In support of this Motion, undersigned counsel states as follows:

After a settlement conference, the parties resolved this case pursuant to a written settlement agreement. That agreement required Defendants to make two payments. The settlement agreement provides that, after the initial payment was received, the Court would enter judgment for the remaining amount in a form agreed upon by the parties. Under the agreement, Plaintiff will not make any attempt to collect on the judgment for 90 days after its entry.

Defendants' initial payment has been received. Accordingly, and in accordance with the settlement agreement, Plaintiff tenders the attached proposed judgment for entry by the Court.

Respectfully submitted,

*/s/Joel D. Bertocchi*
Joel D. Bertocchi
Gregory A. Kubly            .
AKERMAN LLP
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
joel.bertocchi@akerman.com
gregory.kubly@akerman.com

*Counsel for Plaintiffs*

October 6, 2020

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing via electronic mail to all attorneys of record.

/s/ *Joel D. Bertocchi*
Attorney